**Mark A. BARNES, Plaintiff— Appellant,**

v.

**Katherine BRAUN, Lawyer/Public Defender; Kathleen Ortiz, Head Public Defender, Defendants—Appellees.**

No. 10–7695.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2011.

Decided: June 2, 2011.

Mark A. Barnes, Appellant Pro Se. Guy Winston Horsley, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

Before DAVIS and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Barnes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barnes v. Braun,* No. 1:10–cv–01268–LMB–TCB (E.D.Va. Nov. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*